**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 07-cr-00311-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ANDREW HOWARD PARKINS,
      f/k/a MOHAMED HASSAN DARAWI,

    Defendant.

## ORDER GRANTING RELEASE ON BOND

Before the Court is the issue of Defendant's detention pending the trial in this matter. Defendant appeared before the Court for initial appearance on August 9, 2007 and for arraignment on August 14, 2007. The government requested detention. Defendant contested detention. The Court ordered a supplemental pretrial services report on Defendant, which it has received and reviewed. The Court has heard oral argument and is prepared to rule on the matter.

### BACKGROUND

From all appearances, Defendant's status in the United States is that of a student visa overstay. He is from the Sudan and entered the United States, apparently on a student visa, in 1992. He departed from his original school plans in 1993 and has been in the United States continuously thereafter.

In *United States v. Darawi*, 07-CR-00055-WDM, Defendant was originally charged with Possession of Firearms and Ammunition by Illegal Alien in violation of 18 U.S.C. § 922(g)(5)(a), and Falsely Representing Himself as a United States Citizen in violation of 18 U.S.C. § 911. The former

alleged violation stems from an occurrence in January 2007. A superseding indictment issued June 19, 2007 added charges from September 2004 for possession of a firearm; making false statements in September 2004 for the purpose of purchasing a firearm; using a falsely obtained Social Security number from July 2006 and September 2006; and in July and September 2006 falsely representing himself to be a United States citizen. District Judge Walker Miller granted him release on a $10,000 bond, 10%, with conditions, on June 13, 2007 (Docket ## 65, 66). Judge Miller recognized the fact that the Immigration and Customs Enforcement (ICE) had a detainer on the Defendant, and if the Defendant were released from ICE detention, he was to report to Pretrial Services immediately. After arraignment on the superseding indictment, Defendant was continued on his conditions of release. There is no indication that the government requested detention at that time nor appealed Magistrate Judge Gudrun Rice's order of continued conditions of release of June 19, 2007.

In the present case, Defendant is charged with one count under 18 U.S.C. § 922(g)(5)(A), Possession of Firearm by Illegal Alien, stemming from an occurrence in March 2004.

Defendant has significant ties to the Denver community. He has lived here since 1994. He obtained a bachelor's degree from University of Colorado-Denver in 1997. The record supports the finding that he has lived continuously in the Denver area since 1994. He has a friend, Mr. Blair Pennington, who is willing to provide a release residence for Defendant. The record indicates that he has no history of violence except for a charge of obstructing police and disturbing the peace from 1995. The record in that case is sealed and, moreover, the incident apparently resulted in Defendant filing a federal civil rights action, *Parkins v. City and County of Denver*, Civil Action No. 97-cv-02673-RPM (D. Colo.) in 1997, which ended in a settlement.

## ANALYSIS

The Court believes that Defendant's circumstances have not changed so significantly since Judge Miller's order of release on June 13, 2007, and Magistrate Judge Rice's order of June 19, 2007, to justify detention. Judge Miller was aware of the ICE detainer at that time and determined that release on bond was appropriate. It is up to the United States to ensure that, if Defendant is released to ICE custody, he remain in the country for future Court proceedings, if the government determines that this is in the best interest of the United States.

Here, the only change in Defendant's situation stemming from this Indictment is a charge arising from conduct three years ago which is neither qualitatively nor quantitatively different from conduct charged in Criminal Action No. 07-cr-00055-WDM. It is this Court's opinion that this charge, in light of the remainder of Defendant's background, does not constitute a sufficiently material change of circumstances to justify an order of detention in light of Judge Miller's and Magistrate Judge Rice's prior determinations.

Because Defendant faces a more serious risk concerning future incarceration, however, some additional conditions are necessary to assure the Defendant's presence at future Court proceedings and to protect the safety of the community. In addition to the conditions imposed by Judge Miller, which this Court imposes as well, this Court will increase Defendant's bond to $30,000, 10%, and order home detention at the residence of Mr. Pennington.

## CONCLUSION

Based upon the foregoing and the entire record herein, it is hereby ORDERED that Defendant be released pursuant to the conditions stated above.

Dated at Denver, Colorado, this 31st day of August, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge