UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00311-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MOHAMED HASSAN DARAWI, a/k/a Andrew Howard Parkins,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Unopposed Motion to Continue Trial (filed September 11, 2007).  Defendant seeks therein to continue the trial currently set to commence Tuesday, October 9, 2007.  The motion is granted for the reasons stated below.

Defendant asserts in the motion that the charge in this case is similar in time, place and fact to a pending Indictment before Judge Miller, and trial is set in that matter for October 29, 2007.  Defendant further asserts that this case in all likelihood will be resolved as a result of that trial.  Accordingly, it is requested that the matter be continued so that the companion indictment can be resolved.  The motion indicates that the Government has no objection.

Having reviewed the motion and being fully advised in the premises, I grant the motion pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (iv).  I find that the failure to grant a continuance in this case could possibly result in a miscarriage of justice as

the resolution of this charge may be dependent on the trial in another case pending against Defendant before Judge Miller.  For the same reason, the failure to grant a continuance may deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence.

Based on the foregoing, I find that the ends of justice served by a continuance in this case outweigh the best interest of the public and Defendant in a speedy trial.  Speedy trial deadlines will be continued for a period of 60 days.  Counsel for the parties shall contact my Chambers on or before Tuesday, November 6, 2007, to reset the trial, if necessary.

Defendant has also filed an Unopposed Motion for Extension of Time to File Pre-Trial Motions.  That motion is granted.  Pretrial motions shall be filed by Friday, September 21, 2007.  Responses shall be filed by Wednesday, October 3, 2007.  The hearing on pending motions/final trial preparation conference set for Monday, October 1, 2007, at 3:00 is vacated, to be reset upon the setting of the trial.

In conclusion, it is

ORDERED that Defendant's Unopposed Motion to Continue Trial (filed September 11, 2007) is **GRANTED** pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(I) and (iv).  A period of 60 days shall be excluded from the speedy trial deadlines.  It is

FURTHER ORDERED that the trial set to commence Tuesday, October 9, 2007, at 9:00 a.m. and the hearing on pending motions/final trial preparation conference set for Monday, October 1, 2007, are **VACATED**.  It is

FURTHER ORDERED that on or before **Tuesday, November 6, 2007**, the parties shall contact Chambers at (303) 844-2170 to reset the trial, final trial preparation conference and a status conference or hearing on pending motions, if necessary.  Finally, it is

ORDERED that Defendant's Unopposed Motion for Extension of Time to File Pre-Trial Motions is **GRANTED**.  Pretrial motions shall be filed by **Friday, September 21, 2007**.  Responses shall be filed by **Wednesday, October 3, 2007.**

Dated:  September 13, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge