IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No. 07-cr-00311-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMED HASSAN DARAWI,
    a/k/a Andrew Parkins,

    Defendant.

---

**ORDER EXONERATING BOND**

---

This court has granted a government motion to voluntarily dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

Dated: January 5, 2009

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        CHIEF UNITED STATES DISTRICT JUDGE
                                        DISTRICT OF COLORADO